**GAMBONE LAW GROUP, PLLC**
9131 QUEENS BLVD, SUITE 318
ELMHURST, NY 11373
agambone@gambonelawgroup.com
Phone: 718 650 5111
Fax: 718 682 3155

January 6, 2023

Via ECF

Hon Vera Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY

RE: Wilber Penate Gonzalez v The stop and shop, et al
Docket # 1:22-cv-5542
D/A.: June 28, 2021

Honorable Court,

Please be advised that this firm represents Plaintiff in this matter.
Plaintiffs filing this letter in opposition to Defendant's motion in part and in support of Defendant's motion in part.

Plaintiff supports the Defendant's motion to extend time for discovery.

Plaintiff opposes Defendant's motion for discovery as moot. Attached please see copy of the email sent on January 6, 2023. The email was sent with new set of HIPAA compliant authorizations as well as copy of the certified mail letter mailed today with the original set of same authorizations.

Paralegal Kassidy Hernandez from Gambone Law Group, PLLC went to the police precinct in person to get the police report and was told by the police officer that police report is not in their database and that request has to be made in person within the main office in Manhattan, NY.

Plaintiff is currently in possession of accident slip issued by NYPD which was previously exchanged with Defendants.

Plaintiff is not objecting to adjourn depositions.

Thank you for your anticipated cooperation in this matter.

Very truly yours,
GAMBONE LAW GROUP, PLLC

Adilya Gambone, Esq.
8652 Woodhaven Blvd
Queens, NY 11421
Phone: 718 650 5111
Fax: 718 682 3155
agambone@gambonelawgroup.com

# Re: GONZALEZ vs. THE STOP & SHOP SUPERMARKET COMPANY LLC et al. / 001000039074901

Francisco Ortega <fortega@gambonelawgroup.com>
Fri 1/6/2023 2:04 PM
To: Laura Walsh <lmw@tbpc.net>
Cc: Christine Capitolo <cmc@tbpc.net>;Sasha S. Shafeek <sss@tbpc.net>;Dorothy Murdak <dmurdak@gambonelawgroup.com>;A Gambone <agambone@gambonelawgroup.com>

1 attachments (434 KB)
Pf's GFL in resp to dmd for athz.pdf;

Good afternoon,

Please find attached a good faith letter with authorizations attached.

Original copies will be sent out.

Thank you for your patience,

Francisco Ortega
GAMBONE LAW GROUP, PLLC
8652 Woodhaven Blvd, 2d Floor
Queens, NY 11421
fortega@gambonelawgroup.com
https://gambonelawgroup.com/
Phone: 718 650 5111
Fax: 718 682 3155

The information contained in this communication may be privileged, confidential and protected from use and disclosure. If you are not the intended recipient, or responsible for delivering this message to the intended recipient, you are hereby notified that any review, disclosure, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer. Thank you for your cooperation.

---

**From:** Laura Walsh <lmw@tbpc.net>
**Sent:** Tuesday, December 27, 2022 9:37 AM
**To:** Dorothy Murdak <dmurdak@gambonelawgroup.com>; A Gambone <agambone@gambonelawgroup.com>; Francisco Ortega <fortega@gambonelawgroup.com>; Dorothy Murdak <dmurdak@gambonelawgroup.com>
**Cc:** Christine Capitolo <cmc@tbpc.net>; Sasha S. Shafeek <sss@tbpc.net>
**Subject:** GONZALEZ vs. THE STOP & SHOP SUPERMARKET COMPANY LLC et al. / 001000039074901

RE: WILBER OSWALDO PENATE GONZALEZ
vs. THE STOP & SHOP SUPERMARKET COMPANY LLC et al.
Date of Loss: June 28, 2021